IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01760-WYD-STV

ROBERT NARDY, JR. and ELIZABETH KELLEY, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

CHIPOTLE MEXICAN GRILL, INC.,
M. STEVEN ELLS,
MONTGOMERY F. MORAN
JOHN R. HARTUNG,
TIMOTHY SPONG,
MARK CRUMPACKER, and
JOHN S. CHARLESWORTH

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Motion to Dismiss, filed on March 29, 2019, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Chipotle Mexican Grill, Inc., M. Steven Ells, Montgomery F. Moran, John R. Hartung, Timothy Spong, Mark Crumpacker, and John S. Charlesworth, and against Plaintiffs, Robert Nardy, Jr. and Elizabeth Kelley, Individually and On Behalf of All Others Similarly Situated, on Defendants' Motion to Dismiss.  It is further

ORDERED that plaintiffs' complaint and action are **DISMISSED WITH PREJUDICE.**

DATED at Denver, Colorado this 29th day of March, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk